[Nos. 27318-1-III; 27330-0-III.   Division Three.   November 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL EDWARD CASTANER, *Appellant.*

Appeals from a judgment of the Superior Court for Spokane County, No. 08-1-01049-1, Gregory D. Sypolt, J., entered August 5, 2008. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 27319-9-III.   Division Three.   November 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. F.G.H., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 08-8-00215-3, Susan L. Hahn, J., entered June 30, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 27458-6-III.   Division Three.   November 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYCE K. DEGAGNE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-03157-1, Robert D. Austin, J., entered March 7, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 27526-4-III.   Division Three.   November 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA ALLAN RIEHLE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-02907-0, Maryann C. Moreno, J., entered September 17, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kulik, J.